# Court of Appeals
# of the State of Georgia

ATLANTA, July 24, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0436. DEVIN NIERDERER v. DANIEL GUARNIERI et al.**

Daniel and Tamara Guarnieri petitioned to adopt the biological child of Devin Nierderer. On June 6, 2014, the superior court entered an order permitting the adoption. On July 8, 2014, Nierderer filed an application for discretionary appeal from this ruling.

Final orders of adoption may be appealed directly under OCGA § 5-6-34 (a) (1). See *Numanovic v. Jones*, 321 Ga. App. 763 (743 SE2d 450) (2013); *Rokowski v. Gilbert*, 275 Ga. App. 305 (1) (620 SE2d 509) (2005). Ordinarily, if a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j). To fall within this general rule, however, the application must be filed within 30 days of entry of the order to be appealed. See OCGA § 5-6-35 (d) & (j); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Because Nierderer did not file his application until 32 days after the trial court's order, it is untimely. Accordingly, this application is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 07/24/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia. Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*